# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA ,

Petitioner

v.

DELANO E. PEREL,

Respondent

No. 30 WAL 2015

Petition for Allowance of Appeal from the Order of the Superior Court

## ORDER

**PER CURIAM**

 **AND NOW**, this 16th day of September, 2015, the Petition for Allowance of Appeal is **DENIED**.